**Criminal Case Cover Sheet**            **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** II _____    **Investigating Agency** FBI _____

**City** Boston

**County** Suffolk

**Related Case Information:**
Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number  See Below
R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   ☐ Yes   ☑ No

Defendant Name: Phalentz Vernot     Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: Waltham, MA

Birth date (Yr only): 2000   SSN (last 4#): 4890   Sex: M   Race: _____   Nationality: _____

**Defense Counsel if known:** _____    Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: Kristen A. Kearney     Bar Number if applicable: 669940

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty _____    ☐ Misdemeanor _____    ☑ Felony 4

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 7/24/2025     Signature of AUSA: */s/ Kristen A. Kearney*

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Phalentz Vernot

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Bank Fraud | 1 |
| Set 2 | 18 U.S.C. §§ 1344 and 2 | Bank Fraud; Aiding and Abetting | 2 |
| Set 3 | 18 U.S.C. § 1956(h) | Conspiracy to Commit Money Laundering | 8 |
| Set 4 | 18 U.S.C. § 1028A(a)(1) | Aggravated Identity Theft | 9 |
| Set 5 | 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461 | Bank Fraud Forfeiture Allegation | -- |
| Set 6 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture Allegation | -- |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

Search Warrants:  25-mj-7109-JCB; 25-mj-7110-JCB; 25-mj-7111-JCB; 25-mj-7229-JCB; 25-mj-7334-7340-JCB

**Criminal Case Cover Sheet**            **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____  **Category No.** II  **Investigating Agency** FBI

**City** Boston      **Related Case Information:**
**County** Suffolk

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number  See Below
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   ☐ Yes  ☑ No

**Defendant Information:**

Defendant Name: Selby Okai     Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: Worcester, MA

Birth date (Yr only): 2001  SSN (last 4#): 6256  Sex: M  Race: ___  Nationality: ___

**Defense Counsel if known:** _____  Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: Kristen A. Kearney     Bar Number if applicable: 669940

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint  ☐ Information  ☑ Indictment
**Total # of Counts:** ☐ Petty ___  ☐ Misdemeanor ___  ☑ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 7/24/2025    Signature of AUSA: */s/ Kristen A. Kearney*

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Selby Okai

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Bank Fraud | 1 |
| Set 2 | 18 U.S.C. §§ 1344 and 2 | Bank Fraud; Aiding and Abetting | 3 |
| Set 3 | 18 U.S.C. § 1956(h) | Conspiracy to Commit Money Laundering | 8 |
| Set 4 | 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461 | Bank Fraud Forfeiture Allegation | -- |
| Set 5 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture Allegation | -- |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

Search Warrants:  25-mj-7109-JCB; 25-mj-7110-JCB; 25-mj-7111-JCB; 25-mj-7229-JCB; 25-mj-7334-7340-JCB

**Criminal Case Cover Sheet**            **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____   **Category No.** II   **Investigating Agency** FBI

**City** Boston

**County** Suffolk

**Related Case Information:**
Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number   See Below
R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   [ ] Yes   [✓] No

Defendant Name: Yves Bissainthe   Juvenile: [ ] Yes  [✓] No

Is this person an attorney and/or a member of any state/federal bar: [ ] Yes  [✓] No

Alias Name: _____

Address: Everett, MA

Birth date (Yr only): 2001   SSN (last 4#): 9450   Sex: M   Race: _____   Nationality: _____

**Defense Counsel if known:** _____   Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: Kristen A. Kearney   Bar Number if applicable: 669940

**Interpreter:** [ ] Yes  [✓] No   List language and/or dialect: _____

**Victims:** [✓] Yes  [ ] No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) [ ] Yes  [✓] No

**Matter to be SEALED:** [✓] Yes  [ ] No

[✓] Warrant Requested   [ ] Regular Process   [ ] In Custody

**Location Status:**

**Arrest Date:** _____

[ ] Already in Federal Custody as of _____ in _____ .
[ ] Already in State Custody at _____   [ ] Serving Sentence   [ ] Awaiting Trial
[ ] On Pretrial Release:  Ordered by: _____   on _____

**Charging Document:** [ ] Complaint   [ ] Information   [✓] Indictment

**Total # of Counts:** [ ] Petty _____   [ ] Misdemeanor _____   [✓] Felony 9

Continue on Page 2 for Entry of U.S.C. Citations

[✓]   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 7/24/2025   Signature of AUSA: /s/ Kristen A. Kearney

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Yves Bissainthe

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Bank Fraud | 1 |
| Set 2 | 18 U.S.C. §§ 1344 and 2 | Bank Fraud; Aiding and Abetting | 4 |
| Set 3 | 18 U.S.C. § 1956(h) | Conspiracy to Commit Money Laundering | 8 |
| Set 4 | 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461 | Bank Fraud Forfeiture Allegation | -- |
| Set 5 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture Allegation | -- |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

Search Warrants:  25-mj-7109-JCB; 25-mj-7110-JCB; 25-mj-7111-JCB; 25-mj-7229-JCB; 25-mj-7334-7340-JCB

**Criminal Case Cover Sheet**                                      **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** II    **Investigating Agency** FBI

**City** Boston    **Related Case Information:**
**County** Suffolk    Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number  See Below
R 20/R 40 from District of _____

**Defendant Information:**    Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____    ☐ Yes ☑ No

Defendant Name  Marvin Kimani    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar:    ☐ Yes ☑ No

Alias Name: _____
Address: Lowell, MA
Birth date (Yr only): 2000    SSN (last 4#): 2881    Sex: M    Race: _____    Nationality: _____

**Defense Counsel if known:** _____    Address: _____
Bar Number: _____

**U.S. Attorney Information**
AUSA: Kristen A. Kearney    Bar Number if applicable: 669940

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes ☑ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☑ Indictment
**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☑ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 7/24/2025    Signature of AUSA:  /s/ Kristen A. Kearney

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**  Marvin Kimani

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Bank Fraud | 1 |
| Set 2 | 18 U.S.C. §§ 1344 and 2 | Bank Fraud; Aiding and Abetting | 5 |
| Set 3 | 18 U.S.C. § 1956(h) | Conspiracy to Commit Money Laundering | 8 |
| Set 4 | 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461 | Bank Fraud Forfeiture Allegation | -- |
| Set 5 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture Allegation | -- |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

Search Warrants: 25-mj-7109-JCB; 25-mj-7110-JCB; 25-mj-7111-JCB; 25-mj-7229-JCB; 25-mj-7334-7340-JCB

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

# Criminal Case Cover Sheet
U.S. District Court - District of Massachusetts

**Place of Offense:** _____    **Category No.** II    **Investigating Agency** FBI

**City** Boston

**County** Suffolk

**Related Case Information:**
Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number See Below
R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____  ☐ Yes  ☑ No

**Defendant Name** Keith Wainaina    Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

**Alias Name:** _____

**Address:** Lowell, MA

**Birth date (Yr only):** 2002    **SSN (last 4#):** 6628    **Sex:** M    **Race:** _____    **Nationality:** _____

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information**

**AUSA:** Kristen A. Kearney    **Bar Number if applicable:** 669940

**Interpreter:** ☐ Yes  ☑ No    List language and/or dialect: _____

**Victims:** ☑ Yes  ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☑ No

**Matter to be SEALED:** ☑ Yes  ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**  ☐ Petty _____    ☐ Misdemeanor _____    ☑ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 7/24/2025    **Signature of AUSA:** /s/ Kristen A. Kearney

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Keith Wainaina

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Bank Fraud | 1 |
| Set 2 | 18 U.S.C. §§ 1344 and 2 | Bank Fraud; Aiding and Abetting | 6 |
| Set 3 | 18 U.S.C. § 1956(h) | Conspiracy to Commit Money Laundering | 8 |
| Set 4 | 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461 | Bank Fraud Forfeiture Allegation | -- |
| Set 5 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture Allegation | -- |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

Search Warrants: 25-mj-7109-JCB; 25-mj-7110-JCB; 25-mj-7111-JCB; 25-mj-7229-JCB; 25-mj-7334-7340-JCB

**Criminal Case Cover Sheet** — **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____  **Category No.** II  **Investigating Agency** FBI

**City** Boston
**County** Suffolk

**Related Case Information:**
Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number  See Below
R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   ☐ Yes  ☑ No

Defendant Name: Victor Kolawole   Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name: _____
Address: Brockton, MA
Birth date (Yr only): 2000   SSN (last 4#): 7180   Sex: M   Race: _____   Nationality: _____

**Defense Counsel if known:** _____   Address: _____
Bar Number: _____

**U.S. Attorney Information**
AUSA: Kristen A. Kearney   Bar Number if applicable: 669940

**Interpreter:** ☐ Yes  ☑ No   List language and/or dialect: _____

**Victims:** ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☑ No

**Matter to be SEALED:** ☑ Yes  ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment
**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 7/24/2025   Signature of AUSA: /s/ Kristen A. Kearney

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Victor Kolawole

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Bank Fraud | 1 |
| Set 2 | 18 U.S.C. §§ 1344 and 2 | Bank Fraud; Aiding and Abetting | 7 |
| Set 3 | 18 U.S.C. § 1956(h) | Conspiracy to Commit Money Laundering | 8 |
| Set 4 | 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461 | Bank Fraud Forfeiture Allegation | -- |
| Set 5 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture Allegation | -- |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

Search Warrants:  25-mj-7109-JCB; 25-mj-7110-JCB; 25-mj-7111-JCB; 25-mj-7229-JCB; 25-mj-7334-7340-JCB

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013